# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON
## DIVISION ONE

STATE OF WASHINGTON,

      Respondent,

      v.

JEROME KEITH JOHNSON,

      Appellant.

)
)  No. 70297-1-I
)
)
)
)
)
)  UNPUBLISHED OPINION
)
)  FILED:  APR - 7 2014
)

PER CURIAM — Jerome Johnson appeals from the judgment and sentence entered after his conviction for one count of second degree theft and one count of forgery. Johnson contends, and the State concedes, that section 4.7 of the judgment and sentence contains an erroneous reference to community custody conditions. The trial court did not impose a term of community custody. Accordingly, we accept the State's concession and remand solely to permit the trial court to correct the clerical error in the judgment and sentence.

Remanded for proceedings consistent with this opinion.

FOR THE COURT:

Becker, J.

Cox, J.

[signature]